# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CR. NO: 3:CR-05 |
|---|---|
| V. | |
| | ( _____, J.) |
| ROSEMARY ZWETKOF RYAN | |

## INFORMATION

### COUNT I

**THE UNITED STATES OF AMERICA CHARGES THAT:**

1. At all times material and pertinent to this Information, the Nurses ASN, American (ANA) IND Local Union 717, Local 2-672 was a labor organization affecting commerce within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code. The defendant was employed by this labor organization as Treasurer.

2. Beginning on or about January 2000 and continuing up thorough on or about May 2004, in the Middle District of Pennsylvania, the defendant–

**ROSEMARY ZWETKOF RYAN**

did knowingly and willfully make materially false entries in financial records required to be maintained by the union under Section 436 of Title 29, United States Code, in order to conceal financial losses by this labor organization.

All in violation of Title 29, United States Code, Section 439(c).

*Thomas A. Marino*
**THOMAS A. MARINO**
**UNITED STATES ATTORNEY**

11-18-05
**DATE**